UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WENQIAN WANG,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-04790-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is denied with prejudice as to Count One and without prejudice as to Count Two.

Dated: **SEPTEMBER 1, 2026**

JOHN D. EARLY
United States Magistrate Judge